UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELEN CARSON WATKINS,

    Plaintiff,

v.                                                Case No. 8:19-cv-2705-AEP

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (Docs. 20).[1] By the motion, Plaintiff seeks attorney's fees in the amount of $7,409.53 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. On March 23, 2021, this Court entered an Order reversing and remanding the case to the Commissioner of the Social Security Administration for further administrative proceedings (Doc. 17). Thereafter, the Clerk entered judgment in favor of Plaintiff (Doc. 18). As the prevailing party, Plaintiff now requests an award of attorney's fees. *See* 28 U.S.C. § 2412(d)(1)(A); *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a

---

[1] Although the caption on Plaintiff's Application identifies a separate plaintiff and case number, the accompanying documents all pertain to this case (Docs. 19-21). Accordingly, the Court accepts and grants the Application on behalf of work performed in Plaintiff's case.

party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party).

The Commissioner does not oppose the requested relief. After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel. For the reasons set out in Plaintiff's motion, therefore, it is hereby

ORDERED:

1. Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (Doc. 20) is GRANTED.

2. Plaintiff is awarded fees in the amount of $7,409.53. Unless the Department of Treasury determines that Plaintiff owes a federal debt, the government must pay the fees to Plaintiff's counsel in accordance with Plaintiff's assignment of fees (Doc. 19).

DONE AND ORDERED in Tampa, Florida, on this 26th day of May, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record